LINDSEY TURPENTINE COMPANY, A CORPORATION, *Plaintiff in Error,* v. I. W. SOULS, *Defendant in Error.*

Opinion Filed March 15, 1921.

In an action to recover compensation for personal injuries and for damage to an automobile where the personal injuries are not serious and the cost of repairs to the automobile are shown, which taken together clearly indicate that the amount of the verdict is grossly excessive and consequently that the verdict is contrary to the evidence, an appropriate remittitur may be designated and permitted, with a reversal as an alternative, where liability for a proper recovery appears.

A Writ of Error to the Circuit Court for Santa Rosa County; A. G. Campbell, Judge.

Judgment conditionally affirmed.

*W. W. Clark,* for Plaintiff in Error;

*Laird & Bailey,* for Defendant in Error.

PER CURIAM.—In an action for personal injuries and for damages to an automobile at a country crossing there was verdict and judgment for $1,500.00 against the lumber company. Conceding that the injury was proximately caused by negligence of the defendant as alleged and that the plaintiff did not contribute thereto, the personal injuries were not serious and the repairs to the automobile are shown to have cost a little more than $400.00. Manifestly the verdict is excessive. To this extent the verdict is clearly contrary to the evidence. If a remittitur of $750.00 is entered, the judgment will stand affirmed for $750.00. Otherwise, the judgment will stand reversed

on the thirtieth day after the mandate is filed in the trial court.

It is so ordered.

All concur.